B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Northern _____ District Of Illinois _____

In re Joseph T Gatton _____, Case No. 19-35208 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank, Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 2940

Court Claim # (if known): 9-1
Amount of Claim: $175,424.80
Date Claim Filed: 01/17/2020

Phone: 877-343-5602
Last Four Digits of Acct. #: 7863

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank, Bankruptcy Payments
999 NW Grand Boulevard, #100
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 2940

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lesley Bohleber
Transferee's Agent

Date: 5/26/2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION - CHICAGO

| | |
|---|---|
| In re | Case No. 19-35208 |
| JOSEPH T GATTON, | Chapter 13 |
| Debtor(s). | Honorable Jack B. Schmetterer |
| | PROOF OF SERVICE |

I, Ronald Key, declare that:

I am employed in the County of Fulton, Georgia.  My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA, 30305. I am over the age of eighteen years and not a party to this case.

On May 27, 2020, I caused a copy of the TRANSFER OF CLAIM to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2020

Signature: /s/ Ronald Key
Printed Name: RONALD KEY
Address:   Aldridge Pite, LLP
           Fifteen Piedmont Center
           3575 Piedmont Road, N.E., Suite 500
           Atlanta, GA 30305
Phone:     (404) 994-7400
Fax:       (888) 873-6147

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Joseph T Gatton
5323 N Kenmore Ave, Unit 3B
Chicago, IL 60640

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
cutlerfilings@gmail.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

U.S. Trustee
Northern District of Illinois (Eastern Division)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov