UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-35208 |
| Joseph T Gatton | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING LOAN MODIFICATION

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor for entry of an Order granting approval of a loan modification, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

As described in the motion, the loan modification between MidFirst Bank and Debtor with respect to the property commonly known as 5323 N Kenmore Ave, Unit 3B Chicago, IL 60640 is hereby approved. The modified mortgage terms are:

1. The modified principal balance is $180,317.94
2. The interest rate is fixed at 3.000%
3. The principal, interest and escrow payments are $969.29
4. The maturity date is December 1, 2051.

No objection to the motion having been lodged within the time required by Fourth Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 16, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600